**Order entered July 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00856-CV

### IN RE SONIA ALVAREZ, Relator

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-16957**

## ORDER
Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus. Although we have considered relator's petition and the attached appendix in concluding that mandamus relief is not warranted, because relator's supporting appendix is not properly redacted in accordance with the rules of appellate procedure, we **STRIKE** relator's petition and supporting appendix. TEX. R. APP. P. 9.4(k). We **ORDER** relator to bear the costs of this original proceeding. We **DIRECT** the clerk to provide a copy of this order to all parties and to Tanner Joy Feast, official court reporter of the 254th Judicial District Court. Because we have disposed of relator's petition, the court reporter's contest of relator's affidavit of indigence is moot and it is not necessary for the relator to file a reporter's record in this case.

/s/     CRAIG STODDART
         JUSTICE